IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH MARTIN McROBERTS )
) CV 416-191
v. )
)
MRS. C. CROSSELEY )

## ORDER

After an independent and de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court Adopts the Report and Recommendation as the opinion of this Court and **DISMISSES WITH PREJUDICE** Plaintiff's Complaint (Dkt. No. 1), and **DENIES** Defendant's Motion to appoint counsel (Dkt. No. 3).

So ORDERED, this 13 day of March, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA